IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00411-WYD-04

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4. ALONSO JOSE De JESUS-CHAGOLLAN,

      Defendant.

---

**ORDER**

---

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

ORDERED that the original Indictment and the remaining count of the First Superseding Indictment as to the defendant, Alonso Jose De Jesus-Chagollan be dismissed.

DATED this 4th day of October, 2006.

BY THE COURT:

_____
WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO